No. 217, Misc. JACKSON v. NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 219, Misc. HUGHES ET AL. v. KROPP, WARDEN. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioners *pro se*. *Frank J. Kelley,* Attorney General of Michigan, *Luke Quinn,* Assistant Attorney General, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 254, Misc. TUTTLE v. UTAH. Sup. Ct. Utah. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George H. Searle* for petitioner. *Phil L. Hansen,* Attorney General of Utah, and *Ronald N. Boyce,* Assistant Attorney General, for respondent.

No. 90, Misc. WHALEY v. CAVANAUGH ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.